United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MAI-TRANG THI NGUYEN,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

Case No. 26-cv-06359-SVK

**ORDER CONSOLIDATING BRIEFING AND HEARING DEADLINES**

Re: Dkt. No. 12

Plaintiff has filed this action which takes issue with United States foreign policy toward the State of Israel. *See, generally*, Dkt. 1. Before the Court are two motions. The first is Plaintiff Mai-Trang Thi Nguyen's "Motion for Emergency Injunction on all U.S. Ties with [Israel] and all Congress[ional] laws attached to [the same]." Dkt. 12. The second is the United States' Motion to Dismiss the complaint for lack of subject matter jurisdiction. Dkt. 14. The Court issues this Order to address the briefing and hearing schedule for both motions. All Parties have consented to Magistrate Judge jurisdiction. Dkts. 8, 16.

As an initial matter, although cast as an emergency motion, Plaintiff's motion actually seeks lasting relief during the pendency of this action rather than a temporary restraining order. *See id.* Moreover, Plaintiff has not shown that "**immediate** and irreparable injury, loss, or damage will result to the movant **before the adverse party can be heard in opposition**" with regard to the relief she seeks. *Contra* Fed. R. Civ. P. 65(b)(1)(A) (emphasis added). Accordingly, the Court will treat Plaintiff's Motion as a motion for a preliminary injunction.

Both Plaintiff's motion and the United States's motion raise issues of subject matter jurisdiction, which go to the Court's ability to hear this case as well as to Plaintiff's likelihood of success under the *Winter* elements. *See Winter v. Nat. Res. Def. Council, Inc.*, 555 U.S. 7 (2008).

Accordingly, the Court finds it appropriate to hear both motions together, at the currently-scheduled hearing on the United States' motion to dismiss. To that end, the Court sets the following hearing and briefing schedule:

- **No later than August 17, 2026:** Plaintiff shall file a single, consolidated pleading serving as: (1) an opposition to the United States' motion to dismiss (to the extent it is opposed); and (2) a reply, if any, in support of her request for a preliminary injunction. Plaintiff's consolidated opposition/reply shall **not exceed 10 pages.**
- **No later than August 24, 2026**: The United States shall file its reply, if any, in support of its motion to dismiss. The reply shall **not exceed 4 pages.**
- The Court **converts** the **September 8, 2026 hearing to a telephonic hearing** where the Parties may be heard on both motions, and **CONTINUES the hearing to 11:00 a.m**. At 11:00 a.m. on September 8, 2026, the Parties should dial in to the hearing via phone. The Courtroom Deputy will send the dial-in information to the Parties, including to the email specified by Plaintiff in her Complaint as the "way to contact [her]" (Dkt. 1 at 1).
  - At Plaintiff's option, she may waive the September 8, 2026 hearing and the Court will decide both motions on the papers. If she elects to do so, she must inform the Court by **September 2, 2026**.

Additionally, the Court encourages Plaintiff to seek free legal assistance from the Legal Help Center located in the San Jose courthouse. The Legal Help Center will not represent Plaintiff in this action but can provide basic legal assistance at no cost. Plaintiff can schedule an appointment by calling 408-297-1480 or emailing hsong@asianlawalliance.org. Plaintiff can find more information about the Legal Help Center at: https://cand.uscourts.gov/pro-se-litigants/. The court also provides a free guide, "Representing Yourself in Federal Court: A Handbook for Pro Se Litigants," which provides instructions on how to proceed at every stage of the case, including discovery, motions and trial. Plaintiff can access the guide online (https://cand.uscourts.gov/wp-content/uploads/2023/03/Pro_Se_Handbook_9-2024_MBB.pdf) or in hard copy free of charge from the Clerk's Office.

United States District Court
Northern District of California

Finally, Plaintiff is strongly encouraged to register with the Court's electronic case filing ("ECF") system. *See* https://www.cand.uscourts.gov/cases-e-filing/cm-ecf/. If she registers for e-filing, she will receive notices and documents by email in this case rather than by regular mail which will allow the case to move forward more quickly.

**SO ORDERED.**

Dated: August 5, 2026

SUSAN VAN KEULEN
United States Magistrate Judge