UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Mai-Trang Thi Nguyen,

Plaintiffs,

v.

United States of America,

Defendants.

Case No. 5:26-cv-06359-SVK

**ORDER VACATING HEARING**

Re: Dkt. Nos. 18, 23

The Court gave Plaintiff the option of waiving a hearing on the Government's pending motion to dismiss, which she has elected to do. Dkt. 18; Dkt. 23. The hearing set for September 8, 2026 at 11am is hereby vacated.

**SO ORDERED.**

Dated: August 14, 2026

SUSAN VAN KEULEN
United States Magistrate Judge

United States District Court
Northern District of California