UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Mai-Trang Thi Nguyen,

Plaintiffs,

v.

United States of America,

Defendants.

Case No. 5:26-cv-06359-SVK

**ORDER STRIKING REPETITIVE FILINGS**

Re: Dkt. Nos. 21, 25, 26, 27

The Court has received numerous filings from Plaintiff Mai-Trang Thi Nguyen ("Plantiff") that are outside those allowed by the Federal Rules of Civil Procedure. The Court has taken under submission Plaintiff's filing of a Preliminary Injunction and Opposition to Defendant United States of America's ("Defendant's") Motion to Dismiss. Dkts. 12, 22. However, Plaintiff's supplements to the Preliminary Injunction motion (Dkts. 21, 25) are not allowed. Similarly, Plaintiff's second-filed opposition (Dkt. 26) is not a permissible addition to the already filed opposition (Dkt. 22). The Court further notes that Plaintiff's refiled Motion to Waive Telephone Hearing (Dkt. 27) is not only redundant of Dkt. 23 but is moot as the Court has already vacated this hearing (Dkt. 24). Thus, the Court **STRIKES** Dkts. 21, 25, 26, and 27. The only pleading currently outstanding is Defendant's Reply in Support of Motion to Dismiss, which is due on August 24, 2026. Once that document is filed, briefing will be closed on the pending motion. Accordingly, the Court **ORDERS** as follows:

**Except for Defendant's impending reply brief noted above, filings in this matter are CLOSED. Plaintiff may not to file any additional pleadings until the Court has ruled on the pending Motion to Dismiss**.

The Court strongly encourages Plaintiff to contact the Federal Pro Se Program at the San

United States District Court
Northern District of California

Jose Courthouse which provides free information and limited-scope legal advice to pro se litigants in federal cases. The Program will be able to direct the Plaintiff on proper filings. The Federal Pro Se Program is available by appointment and on a drop-in basis. The Federal Pro Se Program is available at Room 2070 in the United States Courthouse in San Jose (Monday to Thursday 9:00 a.m. – 4:00 p.m.) or by calling (408) 297-1480. In addition, the Court offers a pro se handbook free of charge; a copy may be downloaded from https://cand.uscourts.gov/pro-se-handbook/ or obtained from the Clerk's Office.

**SO ORDERED.**

Dated: August 20, 2026

SUSAN VAN KEULEN
United States Magistrate Judge

United States District Court
Northern District of California