FILED cH

AUG 25 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CERTIFICATE OF SERVICE OF DOCUMENT OTHER THAN COMPLAINT

Unless all parties to the case, including you, are electronic filers, you must serve each document you file by sending or delivering it to the opposing side. Complete this form and include it with the document that you file and serve.

1. **Case Name:** Nguyen ~~vs. the~~ v. the U.S.A
2. **Case Number:** 5:26-CV-06359-SVK
3. **What documents were served?** Write the full name or title of the document(s)
   ① 5th Supplement to Motion for Emergency Injunction ② Reply to Judge's Order to Strike all Supplement Filings
4. **How was the document served?** Check one:
   - [x] Placed in U.S. Mail
   - [ ] Hand-delivered
   - [ ] Sent for delivery (e.g., FedEx, UPS)
   - [ ] Sent via email [if the other party has agreed to accept service by email]
5. **Who did you send the document to?** [Write the full name and contact information for each person you sent the document.]
   The USA
   U.S. Attorney Craig H. Missakian / Jerechius D. Bernardon
   9th Floor, Federal Building
   450 Golden Gate Ave, Box 36055, SF CA 94102-3490
6. **When were the documents sent?** 8/21/2026
7. **Who served the documents?** [Whoever puts it into the mail, emails, delivers, or sends for delivery should sign, and print their name and address. You can do this yourself.]

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Signature: [signature]
Name: MAI-TRANG THI NGUYEN
Address: 1522 Senter Road, San Jose, CA 95111

Your Name: MAI-TRANG THI NGUYEN
Address: 1552 Senter Road
Saint Jose San Jose, CA 95111
Phone Number: Too poor & mental to have one
Email Address: fuckyourcustomerservice@yahoo.com
Pro Se

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Division [check one]: ☐ San Francisco ☐ Oakland ☒ San Jose ☐ Eureka-McKinleyville

Mai-Trang Thi Nguyen

Plaintiff,

v.

The U.S.A.

Defendant.

Case No. 5:26-cv-06359-SVK

[NAME OF DOCUMENT]
5th Supplement to Motion for Emergency Injunction

Judge: Hon. Susan Van Keulen

FILED

AUG 25 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# CERTIFICATE OF SERVICE OF DOCUMENT OTHER THAN COMPLAINT

Unless all parties to the case, including you, are electronic filers, you must serve each document you file by sending or delivering it to the opposing side. Complete this form and include it with the document that you file and serve.

1. **Case Name:** Nguyen ~~vs. the~~ v. the U.S.A
2. **Case Number:** 5:26-CV-06359-SVK
3. **What documents were served?** Write the full name or title of the document(s)
   (1) 5th Supplement to Motion for Emergency Injunction (2) Reply to Judge's Order to Strike all Supplement Filings
4. **How was the document served?** Check one:
   - [x] Placed in U.S. Mail
   - [ ] Hand-delivered
   - [ ] Sent for delivery (e.g., FedEx, UPS)
   - [ ] Sent via email [if the other party has agreed to accept service by email]
5. **Who did you send the document to?** [Write the full name and contact information for each person you sent the document.]
   The USA
   U.S. Attorney Craig H. Missakian / Jevechius D. Bernardoni
   9th Floor, Federal Building
   450 Golden Gate Ave, Box 36055, SF CA 94102-3495
6. **When were the documents sent?** 8/21/2026
7. **Who served the documents?** [Whoever puts it into the mail, emails, delivers, or sends for delivery should sign, and print their name and address. You can do this yourself.]

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Signature: [signature]

Name: MAI-TRANG THI NGUYEN

Address: 1522 Senter Road, San Jose, CA 95111

# ~NOTE~

Thanks heaven I was taught by the force up there (Jesus's Father, the Creator / Allah / Yahweh / Brahman / Ong Trời / Non-human force that created the universe or universes & beyond / etc.) with his guidance in "WEIRD" or UN-HUMAN-MADE COINCIDENCES IN HIS (GOD) DATABASE OF LIFE ~~OR~~ to release my PTSD (even FTCA's PTSD) into papers documentating my pain in lawsuits via Supplements to Motion for Emergency Injunction; OR ELSE I would be crawling in the streets at night like a crazy Asian woman crying for help & get raped to death with AIDS, etc. or shot dead. NO Thanks to you lost Miss Judge Susan van Keulen, Assistant Attorney, & all involved in this lawsuit.

I FORGIVE ALL OF US for I feel much better after learning to explain my FTCA PTSD & my old PTSD in this Negligence-Homocide Palestinian Lawsuit.

Off to prepare to do what my FTCA' PTSD wants me to really do: RELINQUISH MY GENOCIDE-GAY-SPANISH AS 2nd LANGUAGE FAT-LIZARD WRINKLES from SUN EXPOSED AMERICAN CITIZENSHIP ETERNALLY TO GO BACK WHERE I BELONG if its NOT TOO GAY OR Cambodia, Lao, & an African Nation that just banned HOMOSEXUALITY!!! ...

MY POOR ARTHRITIS ~~FT~~ FTCA's hands PSTD * Searching for help!!!

Like there's NO TOMORROW to JESUS'S FATHER, THE CREATOR



PEACE & ♡ love via Suing! Take care & PRAY

FUTURE NEGLIGENCE HOMICIDE TRIAL ON TV !!! SUCKERS !!!! PREPARE TO teach classes in JAIL to inmates to REPENT YOUR SINS

~ The Conclusion ~

(1) Nguyen has done her best spelling out her 24-7 episode of FTCA's PTSD. Like Nguyen mentioned in 4th Supplement, PTSD pain can be very irrational for the damage in Nguyen's brain can think she's dying, but she's not - JUST like a pop sound can trigger a returned soldier to think he's under attack which forced his body to jump, grab a gun or knife & attack. GET IT ????

(2) As for me as a wanna-be teacher who learned that our Constitution has been violated (RAPED!) since 1948 and no soul in America said & did anything, I would risk it all to stop the rape like fellow JOE KENT, MARJORIE, etc, BECAUSE as a teacher, if one student suffers under my knowledge, it would eat my soul with regrets & result in lost of job as a teacher & even jail time. You Judge & Attorney assistants are smarter & its harder to get your jobs, BUT still, you signed a MORALE agreement before working & RIGHT ????

Sheesh so many children died in Holyland & more recently in GAZA & Lebanon (thanks to ✡ IDF) a day or two ago, BUT you guys JUST SAT there enjoying your lives while the Constitution was grossly violated & you are being PAID, too, with OUR tax dollars !!! The morale of colonizers, zionists, & imperialists !!! Thank heaven I didn't follow that American leading !!!

AND PRAY YOU DON'T GET PLACED IN PRISONS

Blood of general

Anything for Holyland with Judge & Assistant Attorney? Oh well SEE IN

"Obviously on Judge's order Consolidating Briefing..., Judge mentioned "Plaintiff's likelihood of success under Winter elements," are we waiting for Nguyen to die to reject an emergency Injunction?" said Nguyen. "Malicious Gross-Negligence"

8/21/2026, Friday (5:30 A.M.): Per Nguyen's Opposition to Motion to Dismiss at page 6, line 13 "the pounding of the judges in 2008-2010, in FTCA challenge, & Judge Susan Van Keulen woke up Nguyen's FTCA's PTSD write next in this 4th Supplement to Motion for Emergency Injunction. Too much pounding by too many judges (1 more: Van Keulen) can create pain in Nguyen's brain which will break another nerve to further damage her brain - AKA, I am sure it cuts deeper into that nerve to cause "IMMEDIATE & IRREPARABLE INJURY, LOSS, or damage."

① What do we do to stop the gavel-pounding into Nguyen's head? Stop the pounding in EMERGENCY INJUNCTION OR GO TO JAIL & LOSE YOUR JOB AS JUDGE (like cops) with malicious gross-negligence!!! (also on page 3: RELIEF)

② Per Opposition on page 8, line 11, if the gavel pounding is like learning that closeted gay priests are raping our poor choir boys, what do we do? Stop the raping by interfering with EMERGENCY INJUNCTION!!! (also per raping Constitution

③ Per Nguyen's description in analogy ~~on Nguyen's 3rd~~ of chemical leak ~~analogy in Supplement~~) poisoning ~~of~~ water in which the blood clog in Nguyen's br[illegible] cause permanent damage in Nguyen's brain in a tear of a nerve that can leak blood in her brain because of FTCA's PTSD. If no judges shut the valves and chemical leak has been leaking since 2008-2010, what do we do? Shut the valve now in EMERGENCY INJUNCTION or it will be Malicious gross-negligence!!!

"Thank you & sorry for the trouble," said Mai-Trang Thi Nguyen 8/20/26

I never knew how PTSD pain is like until now. Praying to God as Jesus's Father (the creator) is very severe in pain that I fear & experience, said Mai-Trang Thi Nguyen 8/20/2026

# DOCUMENTATION OF NGUYEN'S 24-7 FTCA'S PTSD

8/20/2026, Thursday (8:33pm): Well, my arthritis fingers (physical scars of my FTCA'S PTSD) made me explode into very concised description of my pain on Upscrolled @29th BuddhaMaitreya, detailing the roles of Judge Susan van Keulen & her future buddies in federal court system & U.S. attorneys, U.S. attorney assistants, & probably clerks, too, in their future homes (JAIL!!! including our highest in U.S. Supreme since 202?)

① I could be wrong but it doesn't hurt to familiarize yourselves with your possible destinies.

② "Thank heavens I have been praying to "the correct God" for guidance or else I would have been dead of a cardiac arrest or even a heart attack (per evidence in my Motion to Waive Telephone Hearing). After all how many humans do you know sue a total of 4 times in similar court system over same & similar pain????

③ Apparently my pain (FTCA's PTSD) which triggered me to send a total of 4.5 supplements for emergency injunction is not "immediate & irreparable injury, loss, and damage." I have been jailing myself at my work place as a volunteer live-in caregiver (like in a mental institution) to avoid walking with PTSD and get hit by a car; or drive around & hit other people & kill them & me; and taking public transportation & crack out to end up in a mental institution. PTSD my dear lost judge is very painful, expensive, and hard to treat! Immediate loss to ability to move around; more injury to my brain because Sincerely,

[TITLE/CASE NO.] 26-CV-06359 of FTCA's PTSD; loss of healthy hands with more damage to my arthritis with all these writing

Mai-Trang Thi Nguyen
MAI-TRANG THI NGUYEN

Your Name: MAI-TRANG THI NGUYEN
Address: 1552 Senter Road
Saint Jose San Jose, CA 95111
Phone Number: Too poor & mental to have ~~one~~ one
Email Address: fuckyoucustomerservice@yahoo.com
Pro Se

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

Division [check one]: ☐ San Francisco ☐ Oakland ☒ San Jose ☐ Eureka-McKinleyville

Mai-Trang Thi Nguyen

Plaintiff,

v.

The U.S.A.

Defendant.

Case No. 5:26-cv-06359-SVK

[NAME OF DOCUMENT]
5th Supplement to Motion for Emergency Injunction

Judge: Hon. Susan van Keulen

But perhaps it was God forcing the clerk to file to remind to read again. Thanks clerk!

Dear Judge Susan van Keulen: → before you make a DUMB mistake!

① The 4-5 "supplanment" filings are SOLID evidence of my "immediate and irreparable injury, loss or damage" which should NOT be striked because they will serve as agents for EMERGENCY INJUNCTION: AND THEY WILL BE SERVED AS EVIDENCE IN YOUR ~~NE~~ MALICE GROSS NEGLIGENCE trial & TREASON trial with all your buddies (include Supreme) & to Attorneys & Assistant attorneys; in which all of you will have to move to your future homes called JAIL CELL CONDOS and you all will ~~[illegible]~~ conduct classrooms for inmates to teach them to release their violence into non-violent way like SUING! Pray hard to pray to God as Jesus's Father (the Creator) like me from being raped in prisons just like how your Constitution has been raped HARD since 1948 and it will die (140 in debt) if you don't hurry up with your [illegible] precious GAVEL & write a EMERGENCY INJUNCTION to reprimand the BIG WHIG UP-THERE as a little magistrate young judge per my guidance as your supposedly CRAZY high school Asian history teacher or hard core heterosexual female teacher.

Sincerely,
[signature]

Sorry for the trouble. My poor FTCA's PTSD → with arthritis hands on Upgraded @ Jesus Buddha Maitreya as evidence of FTCA's PTSD

MAI-TRANG THI NGUYEN

* The x-tra filing of Opposition & Waive Hearing is the Clerk's fault. My note said "Did you receive this 4-5 days ago?"

Your Name: MAI-TRANG THI NGUYEN
Address: 1522 Senter Road
Saint Joseph or San Jose, CA 95111
Phone Number: too poor & mental to have 1
Email Address: fuklycustomerservice@yahoo.com
Pro Se

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

Division [check one]: ☐ San Francisco ☐ Oakland ☒ San Jose ☐ Eureka-McKinleyville

MAI-TRANG THI NGUYEN

Plaintiff,

v.

The U.S.A

Defendant.

Case No. 26-CV-06359

[NAME OF DOCUMENT]
Reply to Judge's Order to Strike all "supplement" filings ~~& extr~~

Judge: Hon. Susan Van Keulen