United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAI-TRANG THI NGUYEN,<br>Plaintiff,<br>v.<br>UNITED STATES OF AMERICA,<br>Defendant. | Case No. 26-cv-06359-SVK<br>**JUDGMENT**<br>Re: Dkt. Nos. 32, 40 |

On August 25, 2026, the Court granted Defendant's Motion to Dismiss Plaintiff's complaint and denied Plaintiff's Request for Preliminary Injunction for lack of subject matter jurisdiction and lack of standing under the FTCA. Dkt. 32. On September 23, 2026, the Court denied Plaintiff's Motions for Reconsideration or Rehearing for failure to satisfy Rule 60(b). Dkt. 40. Pursuant to Rule 58 of the Federal Rules of Civil Procedure, the Court hereby enters judgment in favor of Defendant and against Plaintiff.

**SO ORDERED.**

Dated: September 23, 2026

Susan van Keulen

SUSAN VAN KEULEN
United States Magistrate Judge